UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-23848-CIV-LENARD O'SULLIVAN

LUIS RODRIGUEZ, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.

HAYT, HAYT AND LANDAU, P.L.,

    Defendant.
_____/

## NOTICE OF HEARING

THIS MATTER is before the Court on the parties' Joint Motion for Conditional Certification and Preliminary Approval of Class Action Settlement Agreement (DE# 17, 4/5/13). Accordingly,

PLEASE TAKE NOTICE that the Joint Motion for Conditional Certification and Preliminary Approval of Class Action Settlement Agreement (DE# 17, 4/5/13) is set for hearing on **Tuesday, May 7, 2013 at 2:30 PM** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

DONE AND ORDERED in Chambers at Miami, Florida this **10th** day of April, 2013.

                                                                      JOHN J. O'SULLIVAN
                                                                    UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record